

effort to comply with the Act, the Secretary reviewed the record de novo and concluded that the 1978 funds previously reserved should be permanently withheld and reapportioned to other states. The Secretary also determined that 1979 funds should not be reapportioned unless the State failed to enact billboard control laws which complied with the Act by March 31, 1979. The state legislature, as noted by the district court, has enacted such legislation and most of the 1979 funds have been released to the State.

We have carefully studied the record in these cases, including the district court's opinions, the briefs and the arguments of the parties. We find no merit to the State's arguments, and accordingly affirm on the basis of Judge Porter's detailed and well reasoned opinions pursuant to Rule 14 of the Rules of this court. *See also Nebraska v. Tiemann,* 510 F.2d 446 (8th Cir. 1975). All costs shall be taxed to the State.

Doris Gregory Black, St. Louis, Mo., for appellant.

Thomas C. Walsh, Michael P. Burke, St. Louis, Mo., for appellee.

Before HEANEY, ROSS and McMILLIAN, Circuit Judges.

PER CURIAM.

Appellant Eldwyn Lewis appeals from an award of costs to appellee Saint Louis University by the district court.[1] On the day set for trial, appellant obtained dismissal without prejudice of his complaint under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.,* After the dismissal appellee moved under Rule 60, Fed.R.Civ.P., for costs of the action; the record shows no opposition by appellant to this motion in the district court and it was granted. Appellee was awarded costs of $1,326.53.

For reversal appellant argues that the award of costs was an abuse of the district

**Eldwyn LEWIS, Appellant,**

v.

**ST. LOUIS UNIVERSITY, Appellee.**

**No. 80–1233.**

United States Court of Appeals,
Eighth Circuit.

Submitted Dec. 8, 1980.

Decided Dec. 15, 1980.

---

1. The Honorable William L. Hungate, United States District Judge for the Eastern District of Missouri.

court's discretion. Having failed to oppose the grant of costs below, appellant may prevail in this court only if the award was plain error. *See Morrow v. Greyhound Lines, Inc.,* 541 F.2d 713, 724 (8th Cir. 1976). We find no plain error. An award of costs is certainly within the discretion of the district court. Even if we were to agree with appellant that the exercise of that discretion is limited to cases where the action is frivolous, unreasonable or without foundation,[2] we cannot say on this record that the district court could not have found against appellant under that standard. Appellant obtained dismissal of the action on the day of trial without giving prior notice to appellee and did not present to the district court any objection to an award of costs in the amount appellee claimed to be required in preparation for trial. We do not find substantial injustice has occurred in these circumstances.

Accordingly, the judgment of the district court is affirmed.

**Jo Ann MORSE, Appellant,**

v.

**INTERNAL REVENUE SERVICE, Paul D. Williams, Joe Woolsey and Gus McClanahan, Appellees.**

No. 80–1283.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 10, 1980.

Decided Dec. 16, 1980.

Ball & Mourton, Deborah Wikstrom, Fayetteville, Ark., for appellant.

M. Carr Ferguson, Asst. Atty. Gen., Gilbert E. Andrews, Daniel F. Ross, Kristina E. Harrigan, Attys., Tax Division, Dept. of Justice, Washington, D. C., for appellees.

Before BRIGHT and STEPHENSON, Circuit Judges, and LARSON, Senior District Judge.*

BRIGHT, Circuit Judge.

I. *Background.*

Jo Ann Morse brought this action in federal district court to enjoin the collection of

---

**2.** The cases are divided on the proper standard for an award of costs to defendants in Title VII cases. *Compare Dual v. Cleland,* 79 F.R.D. 696 (D.D.C.1978), *and Jaspers v. Alexander,* 15 Fair Empl.Prac. Cases 1234, 1238–39 (D.D.C.1977), *with Jones v. City of San Antonio,* 568 F.2d 1224, 1226 (5th Cir. 1978), *and EEOC v. John-*

*son Co.,* 18 Fair Empl.Prac. Cases 903, 905 (D.Minn.1978).

\* EARL R. LARSON, United States Senior District Judge, District of Minnesota, sitting by designation.